Ben D. Manevitz
The Manevitz Law Firm
850 Clifton Avenue
Clifton, NJ 07013
Tel: (973) 594-6529
E-mail: ben@manevitzlaw.com

Maurice Harmon
Harmon & Seidman LLC
11 Chestnut Street
New Hope, PA 18938
Tel: (917) 516-4434
E-mail: maurice@harmonseidman.com

Amanda L. Bruss
Harmon & Seidman LLC
12354 East Bates Circle
Aurora, CO 80014
Tel: (415) 271-5754
E-mail:  amanda@harmonseidman.com

*Attorneys for Plaintiff George Steinmetz*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE STEINMETZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SCHOLASTIC INC.<br><br>　　　　　Defendant.<br>_____ | Case No.  2:16-cv-3583<br><br>**LOCAL RULE 11.2 AND 201.1 CERTIFICATIONS** |

I, Ben D. Manevitz, hereby declare pursuant to 28 U.S.C. § 1746:

　　　1.　　I am an attorney and represent Plaintiff George Steinmetz in the above-captioned case.  I have first-hand, personal knowledge of the matters stated herein and if called upon could testify to them.

<u>LOCAL RULE 11.2 CERTIFICATION</u>

　　　2.　　I hereby certify that the matter in controversy is not the subject of any other action

1

pending in this or any other court, or of any pending arbitration or administrative proceeding.

LOCAL RULE 201.1 CERTIFICATION

3. I hereby certify that the above-captioned matter is not subject to compulsory arbitration in that Plaintiff seeks, *inter alia*, remedy for the violation of a right secured by the Constitution, injunctive relief, and damages exceeding the sum of $150,000 exclusive of interest and costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2016.

*/s/ Ben D. Manevitz*
Ben D. Manevitz